IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KERLYN MONDESIR, | * |
| Petitioner, | * |
| v. | Case No. 4:24-cv-123 (CDL-AGH) |
| | * |
| TERRENCE DICKERSON, et al., | |
| | * |
| Respondents. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 13, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of December, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk